**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 581 MAL 2022

                 Respondent         :

                              :   Petition for Allowance of Appeal
                              :   from the Order of the Superior Court

            v.                    :

                              :

MICHAEL DAVID RICHARDSON,       :

                              :

                Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.